490 A.2d 831

**John W. CAMPBELL, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF LABOR AND INDUSTRY, OFFICE OF EMPLOYMENT SECURITY.**

Supreme Court of Pennsylvania.

Argued April 16, 1985.

Decided April 23, 1985.

John W. Campbell, pro se.

Richard C. Lengler, Asst. Chief Counsel, Frank A. Fisher, Jr., Deputy Atty. Gen., Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

PER CURIAM.

Appeal quashed.

LARSEN and PAPADAKOS, JJ., dissent.